SYLVESTER HOLMES, as Administrator of the Estate of FRANCES HOLMES, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of Special Term properly made? Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See ante, p. 95.]